**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:25-mj-00588-MKK-1 |
| | ) |
| | ) |
| DAVID FINKEL, | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Leslie D. Wine, Indiana Federal Community Defenders, Inc., as co-counsel for the Defendant.

June 17, 2025

                                              *Leslie D. Wine*
                                              Leslie D. Wine.
                                              Indiana Federal Community Defenders, Inc.
                                              111 Monument Circle, Ste. 3200
                                              Indianapolis, IN 46204
                                              (317) 383-3520
                                              Leslie_Wine@fd.org
                                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **June 17, 2025,** the foregoing **Appearance** was electronically filed with the Clerk's Office. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                              *Leslie D. Wine*
                                              Leslie D. Wine