AO 442 (Rev. 11/11) Arrest Warrant

UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
JUN 16 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-mj-0588-MKK |
| David Finkel | ) | |
| Defendant. | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     David Finkel
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Sexual Exploitation of Minor Victim 1, in violation of 18 U.S.C. § 2251(a)
Count 2: Possession of Child Pornograhy, in violation of 18 U.S.C. § 2252A(a)(5)(B)

Date: 06/13/2025

*M. Kendra Klump*
*United States Magistrate Judge*
*Southern District of Indiana*

City and state:   Indianapolis, IN

### Return

This warrant was received on *(date)* 6/13/25, and the person was arrested on *(date)* 6/16/25
at *(city and state)* Edinburgh, IN.

Date: 6/16/25

*Arresting officer's signature*

Michael Pekala FBI Special Agent
*Printed name and title*