**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**FILED**

JUN 16 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-mj-00588-MKK-1 |
| | ) | |
| David Finkel | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention

hearing, now waives said detention hearing, pursuant 18 U.S.C. § 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

_____
David Finkel

Defendant

June 16, 2025
Date

_____
Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF